Frank C. CARSON, Plaintiff–Appellant,

v.

COUNTY OF STANISLAUS; Steve
Jacobsen, Defendants–
Appellees.

No. 11–17392.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 14, 2013.

Filed June 25, 2013.

Frear Stephen Schmid, Esquire, Law
Offices of Frear S. Schmid, San Francisco,
CA, for Plaintiff–Appellant.

Terence J. Cassidy, Porter Scott, Sacramento, CA, for Defendants–Appellees.

Before: O'SCANNLAIN and M.
SMITH, Circuit Judges, and
SINGLETON, District Judge.*

MEMORANDUM **

We have jurisdiction to review Carson's
First Amendment claim, which was dismissed with prejudice and without leave to
amend, even though Carson did not real-
lege that claim in his first amended complaint. *See Lacey v. Maricopa County,*
693 F.3d 896, 928 (9th Cir.2012). The
district court did not err in dismissing the
federal claims set forth in Carson's origi-
nal and first amended complaint because

neither complaint satisfied the pleading
standards set forth in *Bell Atlantic Corpo-
ration v. Twombly,* 550 U.S. 544, 570, 127
S.Ct. 1955, 167 L.Ed.2d 929 (2007), and
*Ashcroft v. Iqbal,* 556 U.S. 662, 678, 129
S.Ct. 1937, 173 L.Ed.2d 868 (2009). Car-
son alleged insufficient facts to support the
inference that Jacobsen acted under color
of state law. *See Anderson v. Warner,* 451
F.3d 1063, 1068–69 (9th Cir.2006). Jacob-
sen's status as a peace officer at the time
of the alleged incident does not automati-
cally render his conduct state action. *See
Gritchen v. Collier,* 254 F.3d 807, 812–13
(9th Cir.2001). The district court did not
abuse its discretion in dismissing Carson's
federal claims without further leave to
amend because amendment would have
been futile. *See Kendall v. Visa U.S.A.,
Inc.,* 518 F.3d 1042, 1051 (9th Cir.2008).
After two attempts, Carson failed to allege
facts supporting the inference that Jacob-
sen acted under color of law. *See id.* at
1051–52.

**AFFIRMED.**

---

* The Honorable James K. Singleton, Senior
United States District Judge for the District of
Alaska, sitting by designation.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.